NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 03-cr-889 (DMC) |
| ARTHUR LEVINSON, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Defendant Arthur Levinson to seal documents intended to be presented to this Court in support of a motion for early termination of probation pursuant to 18 U.S.C. § 3564. After considering all submissions, and based upon the following:

IT IS this 6 day of ~~December, 2009~~ Jan 2010;

**WHEREFORE** Fed. R. Crim. P. 49.1 allows for privacy protection of filings made with a court;

**WHEREFORE** pursuant to Fed. R. Crim. P. 49.1(d), a "court may order that a filing be made under seal without redaction[;]"

**WHEREFORE** pursuant to Fed. R. Crim. P. 49.1(d), a "may later unseal the filing or order the person who made the filing to file a redacted version for the public record[;]"

**WHEREFORE** Defendant's motion to seal intended submissions is unopposed;

**ORDERED** Defendant's motion to seal is **granted**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:   All Counsel of Record
      Hon. Mark Falk, U.S.M.J.
      File