IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> ARTHUR LEVINSON, <br><br> Defendant. | Crim. No.: 03-889-7 <br><br> **ORDER TERMINATING PROBATION** |

This matter for early termination of probation pursuant to 18 U.S.C. § 3564(c), having come before this Court by Defendant Arthur Levinson, represented by McCusker, Anselmi, Rosen & Carvelli, P.C., and the Government, by Kevin O'Dowd, AUSA, not having opposed said motion, and the Court having considered the papers submitted and good cause having been shown,

**IT IS** on this __8__ day of __Feb__, 2010 hereby

**ORDERED** that Defendant Arthur Levinson's term of probation be, and hereby is, terminated; and

**IT IS FURTHER ORDERED** that a true copy of this Order shall be served upon all parties with __5__ days of the date hereof.

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.